IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:10CV36-03-MU

| | |
|---|---|
| KASEAN DAMONT BRYSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| SIDNEY HARKLEROAD, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** comes before the Court upon Petitioner's "Answer to State's Summary Judgment Motion" filed February 22, 2010 (Doc. No. 10) and "Motion to Amend Petitioner's Answer to State's Summary Judgment Motion" filed March 3, 2010 (Doc. No. 11.) After careful review of Petitioner's Opposition documents, the undersigned finds that the Attorney General should file a Reply brief.

**THEREFORE, IT IS HEREBY ORDERED** that no later than twenty (20) days from the filing of this Order, the Attorney General shall file a Reply brief to Petitioner's Opposition.

**SO ORDERED**.

Signed: March 9, 2010

Graham C. Mullen
United States District Judge