# United States District Court
# For The Western District of North Carolina
# Asheville Division

KASEAN DAMONT BRYSON,

    Petitioner,                        JUDGMENT IN A CIVIL CASE

vs.                                      1:10CV36-3-MU

SIDNEY HARKLEROAD, Admin. Marion Correctional Inst.,

    Respondent.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 1, 2010 Order.

Signed: April 1, 2010

Frank G. Johns, Clerk
United States District Court